# United States District Court

_____ DISTRICT OF _____

AUTO MARINE, INC. ROLANDO
SENORAN, BENJAMIN T. SANTOS,
AUGSTO SANTOS AND NORMANDY
SANTOS    V.    Plaintiffs

ANTONIO SABLAN, personally and
in his official capacity, and
RICHARD T. LIZAMA, personally
and in his official capacity.

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 05 - 0042

FILED
Clerk
District Court

FEB - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

Antonio Sablan, In his official capacity as
Acting DIrector of Immigration Services

Saipan, CNMI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

G. Anthony Long
2nd. Floor Lim's Building
P.O. Box 504970
San Jose, Saipan, MP  96950

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

12.22.05

DEC - 5 2005

GALO L. PEREZ
CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/22/05 |
| NAME OF SERVER (PRINT) CANDACE Q MEYERS | TITLE Server (Process) |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Department of Labor & Immigration

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 26, 2005
　　　　　　　　Date

Signature of Server

P.O. Box 7271 SDRB, Saipan, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.