ORIGINAL

Kristin St. Peter
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
Attorney for Richard T Lizama and Acting Director of Immigration Mel Grey

F I L E D
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>    Defendants. | CIVIL ACTION NO. 05-0042<br><br>**MOTION**<br><br>Date:   APR 1 3 2006<br>Time:   9:00 a.m.<br>Judge: Hon. Alex R. Munson |

## MOTION

NOW COMES the above named defendants, by and through their attorney, and move this Court to dismiss plaintiffs' First, Third, and Fourth Claims for Relief under Fed. R. Civ. Pro. 12(b)(6) on the grounds that the complaint fails to state a claim upon which relief may be granted. This motion is made pursuant to Fed. R. Civ. Pro. 12(b)(6) and is supported by the accompanying Memorandum of Points and Authorities and the record in this case.

Date: March 17, 2006.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL

By: _____
Kristin St. Peter
Assistant Attorney General

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served by personal service on the 17 day of March, 2006, upon the following:

G. ANTHONY LONG

2nd Floor Lim's Building

P.O. Box 504970

San Jose, Saipan, MP 96950

_____

Kristin D. St. Peter

Assistant Attorney General