ORIGINAL

1  Kristin St. Peter
   Assistant Attorney General
2  Office of the Attorney General-Civil Division
   2nd Floor, Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950
4  Telephone: 664-2341
   Fax: 664-2349
5  Attorney for Richard T Lizama and Acting Director of Immigration Mel Grey

FILED
Clerk
District Court

MAR 17 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

AUTO MARINE, INC., ROLANDO SENORAN, ) CIVIL ACTION NO. 05-0042
BENJAMIN T. SANTOS, AUGUSTO SANTOS )
and NORMANDY SANTOS )
                                   )
        Plaintiffs,                )
                                   )  **NOTICE OF MOTION**
        v.                         )  Date:  APR 1 3 2006
                                   )  Time:  9:00 a.m.
                                   )  Judge: Hon. Alex R. Munson
ANTONIO SABLAN, MEL GREY in his official )
capacity as Acting Director of Immigration, and )
RICHARD T. LIZAMA, personally and in his )
official capacity                  )
                                   )
        Defendants.                )

---

PLEASE TAKE NOTICE, that defendants Richard T. Lizama, personally and in his official capacity as Immigration Inspector I, and Mel Grey[1], in his official capacity as Acting Director of Immigration, by and through his counsel, Kristin St. Peter of the CNMI Office of the Attorney General, will bring the attached motion for hearing the in the U.S. District Court for the District of the Northern Mariana Islands, in Saipan, Commonwealth of the Northern Mariana Islands on APR 1 3 2006, 2006, at 9:00 am/pm.

---

[1] The Complaint in this case was originally directed at Antonio Sablan both personally and in his official capacity, because Mr. Sablan was the Acting Director of Immigration at that time. However, he has since been replaced by Mr. Grey, who is now substituted as a party pursuant to Fed. R. Civ. Pro. 25(d).

-1-

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL

By: _____
Kristin St. Peter
Assistant Attorney General