FILED
Clerk
District Court

MAR 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   **KRISTIN D. ST. PETER**
    **Assistant Attorney General**
2   **Commonwealth of the Northern Mariana Islands**
    **Office of the Attorney General-Civil Division**
    **2nd Floor, Hon. Juan A. Sablan Memorial Bldg.**
3   **Caller Box 10007**
    **Saipan, MP 96950**

4   **Attorney for: Defendant Commonwealth of the Northern Mariana Islands**

5
                    IN THE UNITED STATES DISTRICT COURT
6                  DISTRICT OF THE NORTHERN MARIANA ISLANDS

7   **AUTO MARINE, INC., ROLANDO**            CIVIL ACTION NO. 05-0042
    **SENORAN, BENJAMIN T.**
8   **SANTOS, AUGUSTO SANTOS and**
9   **NORMANDY SANTOS**

10          Plaintiffs,
                                              **STIPULATION EXTENDING TIME**
11               v.                           **AND RESCHEDULING HEARING**

12
    **ANTONIO SABLAN, MEL GREY**
13  **in his official capacity as Acting**
    **Director of Immigration, and**
14  **RICHARD T. LIZAMA, personally**
    **and in his official capacity**
15
            **Defendants.**
16

17          **Now Come** Plaintiff Auto Marine, Inc. et al. and Defendant Commonwealth of the Northern

18  Mariana Islands (hereafter "CNMI") and stipulate to an order on the following terms:

19
                                        **STIPULATION**
20
            **Whereas** Defendant CNMI's undersigned counsel is previously scheduled to appear on April
21
    13, 2006 at 9:00 in Commonwealth Superior Court,

            **Now therefore**, Plaintiff and Defendant CNMI stipulate and agree that the hearing date on

1  Defendant CNMI's Motion to Dismiss shall be moved from April 13, 2006 to May 11, 2006.

2      **Now therefore**, Plaintiff and Defendant CNMI stipulate and agree that Plaintiff's opposition

3  motion shall be due and filed with this Court on April 13, 2006 and Defendant CNMI's reply motion

4  shall be due and filed with this Court on April 27, 2006.

5      **IT IS SO STIPULATED.**

6

7  Dated: March 21, 2006.

ANTHONY LONG

8                                                    Attorney for Plaintiff

9

10  Dated: March 20, 2006.

KRISTIN D. ST. PETER

11                                                    Attorney for Defendant, CNMI

12

13                            **ORDER**

14      Based upon the stipulation between the Plaintiff and the Defendant CNMI, a hearing on

15  Defendant CNMI's Motion to Dismiss is hereby rescheduled for May 11, 2006 at 9:00 a.m.  Plaintiff's

16  opposition motion shall be due and filed with this Court on April 13, 2006 and Defendant CNMI's

17  reply motion shall be due and filed with this Court on April 27, 2006.

18      **IT IS SO ORDERED.**

19

20  Dated: March 22, 2006.

HON. ALEX R. MUNSON

21  **RECEIVED**                               U.S. DISTRICT COURT JUDGE

22  MAR 22 2006

Clerk
District Court
For The Northern Mariana Islands

2