Kristin St. Peter
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
Attorney for Defendants

FILED
Clerk
District Court

MAR 27 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | CIVIL ACTION NO. 05-0042<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: MAY 1 1 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

PLEASE TAKE NOTICE, that defendant Antonio Sablan, by and through his counsel, Kristin St. Peter of the CNMI Office of the Attorney General, will bring the attached motion for hearing the in the U.S. District Court for the District of the Northern Mariana Islands, in Saipan, Commonwealth of the Northern Mariana Islands on MAY 1 1 2006, 2006, at 9:00 am/pm.

### MOTION

NOW COMES the above named defendant, by and through his attorney, and move this Court to dismiss plaintiffs' First, and Second Claims for Relief under Fed. R. Civ. Pro. 12(b)(6) on the grounds that the complaint fails to state a claim upon which relief may be granted. This

-1-

-2-

motion is made pursuant to Fed. R. Civ. Pro. 12(b)(6) and is supported by the accompanying Memorandum of Points and Authorities and the record in this case.

Date: March 23, 2006.

                        Respectfully submitted,
                        OFFICE OF THE ATTORNEY GENERAL

                        By: _____
                            Kristin St. Peter
                            Assistant Attorney General