Kristin St. Peter
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
Attorney for Defendants

F I L E D
Clerk
District Court

MAR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | CIVIL ACTION NO. 05-0042<br><br>**ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RICHARD T. LIZAMA'S AND MEL GREY'S MOTION TO DISMISS**<br><br>Date: MAY 1 1 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

NOW COMES defendant Richard T. Lizama, personally and in his official capacity as an Immigration Inspector and Mel Grey in his official capacity as Acting Director of Immigration to inform the Court that they inadvertently failed to attach to their "Memorandum of Points and Authorities..." of March 17, 2006 a copy of this Court's "Order Denying Plaintiff's Motion for Summary Judgment and Dismissing Case with Prejudice" *Sagana v. Tenorio*, Civ. Act. 01-0003 (April 9, 2003), which is cited in their brief. It has been since been attached to defendant Antonio Sablan's own memorandum filed March 27, 2006. Therefore, Mr. Lizama and Mr. Grey hereby incorporate that document by reference as part of their March 17, 2006 memorandum and also apologize to the Court and to the plaintiffs for any inconvenience.

-1-

Date: March 27, 2006.

                Respectfully submitted,
                OFFICE OF THE ATTORNEY GENERAL

      By: _____
          Kristin St. Peter
          Assistant Attorney General