FILED
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS AUGSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs<br><br>v.<br><br>ANTONIO SABLAN, personally and in his official capacity, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | CIVIL ACTION No. 05-0042<br><br><br><br>STIPULATION AND ORDER |

The parties hereto stipulate and agree as follows:

1. The due date for plaintiffs' response to the dismissal motion is continued from April 13, 2006 until April 20, 2006.

2. The due date of defendants' reply supporting dismissal shall be continued from April 27, 2006 to May 4, 2006.

3. The hearing date on the motion shall remain May 11, 2006 at 9:00 a.m.

| Law Office of G. Anthony Long | Office of the Attorney General |
|---|---|
| | Matthew Gregory, Attorney General |
| By: /s/ G. Anthony Long | By: /s/ Kristin D. St. Peter |
| G. Anthony Long | Kristin D. St. Peter |
| Attorney for Plaintiffs | Assistant Attorney General |
| | Attorney for Defendants |

So ORDERED this 13TH day of April, 2006.

/s/ Alex R. Munson
Alex R. Munson
Judge, District Court

**RECEIVED**

APR 13 2006

Clerk
District Court
The Northern Mariana Islands