FILED
Clerk
District Court

MAY 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Kristin St. Peter & Benjamin L. DeMoux
   Assistant Attorneys General
2  Office of the Attorney General-Civil Division
   2nd Floor, Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950
4  Telephone: 664-2341
   Fax: 664-2349
5  Attorneys for Defendants

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | CIVIL ACTION NO. 05-0042<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: JUN 1 5 2006<br>Time: 9:00 am<br>Judge: Hon. Alex R. Munson |

PLEASE TAKE NOTICE, that defendants, by and through counsel, Kristen St. Peter and Benjamin L. DeMoux of the CNMI Office of the Attorney General, will bring the attached motion for hearing the in the U.S. District Court for the District of the Northern Mariana Islands, in Saipan, Commonwealth of the Northern Mariana Islands on   JUN 1 5 2006  , 2006, at 9:00 am/pm.

**MOTION**

NOW COMES the above named defendants, by and through their attorney, and move this Court to dismiss plaintiffs' Third, Fourth, and Fifth Claims for Relief. This motion is made

-1-

pursuant to Fed. R. Civ. Pro. 12(b)(6) and is supported by the accompanying Memorandum of Points and Authorities and the record in this case.

Date: May 16, 2006.

        Respectfully submitted,
        OFFICE OF THE ATTORNEY GENERAL

By: _____
    Benjamin L. DeMoux
    Assistant Attorney General