FILED
Clerk
District Court

MAY 17 2006

For The Northern Mariana Islands
By_____
(Deputy C.e.)

1  Kristin St. Peter & Benjamin L. DeMoux
   Assistant Attorneys General
2  Office of the Attorney General-Civil Division
   2nd Floor, Juan A. Sablan Memorial Bldg.
3  Caller Box 10007
   Saipan, MP 96950
4  Telephone: 664-2341
   Fax: 664-2349
5  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | CIVIL ACTION NO. 05-0042<br><br>**ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: JUN 1 5 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

NOW COMES defendants to inform the Court that they inadvertently failed to attach to their "Memorandum of Points and Authorities..." of May 16, 2006 a copy of this Court's "Order Denying Plaintiff's Motion for Summary Judgment and Dismissing Case with Prejudice," *Sagana v. Tenorio*, Civ. Act. 01-0003 (April 9, 2003), which is cited in their brief. It attached hereto.

-1-

1 | Date: May 16, 2006.

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL

By: _____
Benjamin L. DeMoux
Assistant Attorney General