Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS AUGSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs<br><br>v.<br><br>ANTONIO SABLAN, personally, RICHARD T. LIZAMA, personally and in his official capacity, and MEL GREY in his official capacity<br><br>Defendants. | CIVIL ACTION No. 05-0042<br><br><br><br>STIPULATION AND ORDER |

WHEREAS, the parties have agreed to settlement of certain of the claims in this Lawsuit and in light of the schedule of counsel;

Now therefore, the parties hereto stipulate and agree as follows:

1. The opposition to defendants dismissal motion shall be due on or before

Page 1 of 2

June 19, 2006.

2. The optional reply brief shall be due on or before June 30, 2006.

3. The hearing date shall be continued from June 15, 2006 until July 27, 2006.

Law Office of  
G. Anthony Long

By: /s/ G. Anthony Long  
G. Anthony Long  
Attorney for Plaintiff

Office of the Attorney General  
Matthew Gregory, Attorney General

By: /s/  
Benjamin De Moux  
Assistant Attorney General

So ORDERED this 12th day of June, 2006

/s/ Alex R. Munson  
Alex R Munson  
Judge, District Court

**RECEIVED**

JUN 1 2 2006

Clerk  
District Court  
The Northern Mariana Islands

Page 2 of 2