Benjamin L. DeMoux
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
Attorney for Defendants

F I L E D
Clerk
District Court

JUL 2 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et al<br><br>Plaintiffs,<br><br>v.<br><br>ANTONIO SABLAN, et al<br><br>Defendants. | CIVIL ACTION NO. 05-0042<br><br>**MOTION TO TAKE MOTION TO DISMISS OFF-CALENDAR and [PROPOSED] ORDER** |

NOW COMES defendants and move this court to take their motions to dismiss, currently set for July 27, 2006 off calendar. The parties have reached an agreement in principle to settle some of the claims in this case, including all of the claims for which defendants sought dismissal. In addition, both plaintiffs' and defendants' counsels will off island on the scheduled hearing date. Indeed, plaintiffs' counsel, Mr. G. Anthony Long, has already left.

Respectfully submitted,
OFFICE OF THE ATTORNEY GENERAL

By: /s/ Benjamin L. DeMoux
Benjamin L. DeMoux
Assistant Attorney General

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## ORDER

Good cause appearing, the foregoing motion is granted and defendants' motion to dismiss, currently set for July 27, 2006 are hereby taken off calendar.

**SO ORDERED**, this 21st day of July, 2006

_____
Alex R. Munson
Chief Judge

**RECEIVED**

JUL 2 1 2006

Clerk
District Court
The Northern Mariana Islands

-2-