FILED
Clerk
District Court

DEC 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

AUTO MARINE, INC., et al.,

    Plaintiffs,

vs.

ANTONIO SABLAN, et al.,

    Defendants,

Civil Action No. 05-0042

Amended Order Re Case Management Conference

G. Anthony Long
Attorney at Law
P.O. box 504970
Saipan, MP 96950

Benjamin L. DeMoux
Assistant Attorney General
Caller Box 10007
Saipan, MP 96950

The Case Management Conference in the above case is set for Monday, December 18, 2006, at 9:00 a.m.

IT IS SO ORDERED.

Dated this 1st day of December, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)