```
                                              F I L E D
                                                 Clerk
                                              District Court

                                              DEC 1 8 2006

                                          For The Northern Mariana Islands
                                          By_____
                                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| AUTO MARINE, INC., et al., | ) | Civil Action No. 05-0042 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ORDER SANCTIONING |
| | ) | OFFICE OF THE ATTORNEY |
| ANTONIO SABLAN, et al., | ) | GENERAL FOR FAILURE |
| | ) | TO APPEAR |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

IT IS ORDERED that the Commonwealth Office of the Attorney General be and hereby is sanctioned the sum of $100.00 for failing to appear at today's case management conference. Notice of the conference was provided to all parties on December 1, 2006. Said sum shall be paid by 3:30 p.m., December 27, 2006.

DATED this 18th day of December, 2006.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)

1