```
 1  MATTHEW T. GREGORY  # F0205
    Attorney General
 2  GREGORY BAKA  # F0199
    Deputy Attorney General
 3  OFFICE OF THE ATTORNEY GENERAL
    Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
 4  Caller Box 10007, Capital Hill
    Saipan, MP  96950-8907
 5  Telephone:    (670) 664-2341
    Fax:          (670) 664-2349
 6  E-mail:       gbaka79@yahoo.com

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTOMARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS, and NORMANDY SANTOS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ANTONIO SABLAN, personally; RICHARD T. LIZAMA, personally and in his official capacity; and MEL GREY in his official capacity,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-0042<br><br>**NOTICE RE: PROPOSED CASE MANAGEMENT SCHEDULING ORDER; CERTIFICATE OF SERVICE**<br><br>Trial :　Monday, 9 July 2007<br>Time:　　9:00 a.m.<br>Judge:　Hon. Alex R. Munson |

**COME NOW DEFENDANTS**, in response to the Proposed Case Management Scheduling Order faxed by the Court yesterday, Wednesday, 27 December 2006, who would now notify the Court and counsel that defense counsel have another trial before this Court at exactly the same date and time as that proposed to be scheduled for this case.

1  The Proposed Case Management Scheduling Order faxed by the Court yesterday,
2  Wednesday, 27 December 2006, in this case, <u>Automarine, Inc. v. Sablan</u>, Civ. No.
3  05-0042, is almost identical to the Case Management Scheduling Order filed Monday,
4  18 December 2006, in the case of <u>Sablan v. De Leon Guerrero</u>, Civ. No. 06-0021.
5  The CNMI Office of the Attorney General (OAG) represents the defendants in both cases,
6  and the undersigned is counsel of record in both.
7  The settlement conference on 1 June 2007 and final pretrial conference on 22 June
8  2007 for this case, <u>Automarine, Inc. v. Sablan</u>, are each one half hour after the respective
9  conferences for the <u>Sablan v. De Leon Guerrero</u> case, which is manageable.
10 However, the trials for each are set for 9:00 a.m., Monday, 9 July 2007.  As much
11 as the CNMI government and OAG continuously strive to "make do" on a wholly
12 inadequate financial and personnel resource base in a self-sacrificial manner for the
13 betterment of the community at large (regardless of how negatively such efforts may be
14 viewed by those not intimately familiar with those resource constraints), bilocation
15 nevertheless remains a skill the undersigned has not mastered.
16 In order to adequately prepare for trial, if the trials are to be double-booked, as a
17 matter of due process defendants would need to know which will be proceeding first.
18
19  Respectfully submitted,
20                                                                    MATTHEW T. GREGORY  # F0205
                                                                      Attorney General
21
22                                                                    *Gregory Baka*
   Dated:  Thursday, 28 December 2006.        GREGORY BAKA  # F0199
23                                                                    Deputy Attorney General
24                                                                    Attorneys for Defendants
25 n:\ . . . \gbaka\civil\personnel law\Auto Marine v. Sablan\notice.re.proposed.case.mgt.sched.ord.pld.wpd

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**NOTICE RE: PROPOSED CASE MANAGEMENT SCHEDULING ORDER; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), <u>cf.</u> Fed. R. Civ. P. 5(b)(2)(D); or electronic service, <u>see</u> Local Rule 5.1.

| | |
|---|---|
| G. Anthony Long, Esq. #F0162<br>Beach Road, San Jose<br>P. O. Box 504970<br>Saipan, MP  96950-4970 | Attorney for Plaintiff<br>Telephone:  (670) 235-4802<br>Fax:            (670) 235-4801<br>E-mail:        gal@nmilaw.com |

**Via Electronic Service**

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Thursday, 28 December 2006.

*Gregory Baka*
Deputy Attorney General
Attorney for Defendants