F I L E D
Clerk
District Court

JAN - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| AUTO MARINE, INC., et al., | ) | Civil Action No. 05-0042 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | SCHEDULING ORDER |
| ANTONIO SABLAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

IT IS ORDERED THAT:

1.      All parties are to be joined on or before April 2, 2007.

2.      All motions to amend pleadings shall be filed on or before
        April 2, 2007.

3.      All discovery shall be served by April 2, 2007.  No discovery
        material shall be filed with the court except as necessary to
        support a motion.

4.      All discovery motions shall be filed so as to be heard on or
        before May 3, 2007.  Motions shall be filed in accordance
        with Local Rule 7.1.

5.      A status/settlement conference will be held on May 11, 2007 at 9:00
        a.m.

6.      All dispositive motions shall be filed so as to be heard on or before
        May 24, 2007.  Said motions shall be filed in accordance with Local
        Rules 7.1 and/or 56.1.

7.      A settlement conference will be held on June 1, 2007, at 11:00 a.m.

8.      The jointly-prepared final pretrial order shall be filed with the court by
        3:30 p.m., June 18, 2007.  (Local Rule 16.2CJ.e.9.)

9.      A final pretrial conference will be held on June 22, 2007, at 9:30 a.m.

10.     Trial shall begin on July 9, 2007, at 9:00 a.m.

The court received defendants notice expressing concern that two cases are set

for trial on the same date.  It is and has been the court's practice for many years to

double- and even triple-set cases, knowing that the vast majority of them will settle

prior to the date set for trial.  As trial dates draw nearer, the court routinely meets

AO 72
(Rev. 08/82)

with the parties during settlement and status conferences to discuss the prospects of the trial proceeding.  If it becomes apparent that settlement or other disposition will not occur, the court will notify the parties sufficiently in advance of the trial date as to which trial will proceed and which will be re-scheduled.

This case has been assigned to the Expedited Track.

DATED this 3rd day of January, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)

3