FILED
Clerk
District Court

MAY 1 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN MARIANA ISLANDS

9

10   AUTO MARINE, INC., et al.,          )      Civil Action No. 05-0042
                                         )
11                Plaintiffs             )
                                         )
12                                       )
                                         )
13          v.                           )      ORDER SANCTIONING
                                         )      COUNSEL FOR FAILURE
14   ANTONIO SABLAN, et al.,             )      TO APPEAR AT SCHEDULED
                                         )      STATUS CONFERENCE
15                                       )
                                         )
16                Defendants             )
                                         )
17   _____)

18          PURSUANT TO the January 3, 2007, case management scheduling order, a

19
     status conference in this matter was scheduled for today, May 11, 2007, at 9:00 a.m.
20

21   Attorney for plaintiff was present; attorney for defendants failed to appear.

22   Accordingly, as a sanction for failure to appear at a regularly scheduled status

23
     conference,
24

25

26

AO 72
(Rev. 08/82)

IT IS ORDERED that defendants' counsel, Commonwealth Deputy Attorney General Gregory Baka, be and hereby is sanctioned the sum of $100.00, which shall be paid to attorney G. Anthony Long.  This sum shall be paid within ten calendar days of the filing of this order.

DATED this 11th day of May, 2007.



ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)