FILED
Clerk
District Court

MAY 25 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTONIO SABLAN, et al.,<br><br>Defendants, | Civil Action No. 05-0042<br><br>ORDER SETTING<br>STATUS/SETTLEMENT<br>CONFERENCE |

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Gregory Baka
Assistant Attorney General
Caller Box 10007
Saipan, MP 96950

IT IS ORDERED that a Status/Settlement Conference in the above case is set for Thursday, June 21, 2007, at 9:30 a.m.

Dated this 25th day of May, 2007.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)