MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:          (670) 664-2349
E-mail:       gbaka79@yahoo.com

Attorneys for Defendants Antonio Sablan,
Mel Grey, and Richard T. Lizama

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS, AUGUSTO SANTOS and NORMANDY SANTOS,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ANTONIO SABLAN, MEL GREY in his official capacity as Acting Director of Immigration, and RICHARD T. LIZAMA, personally and in his official capacity,<br><br>   Defendants. | CIVIL ACTION NO. 05-0042<br><br>**ERRATA FOR DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>Hearing: Thursday, 21 June 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Alex R. Munson |

  Defendants' Motion to Dismiss the First and Second Claims for Relief of the Amended Complaint, filed yesterday, contains two typographic errors where Title 3 of the Commonwealth Code was mistakenly set forth as Title 4.  There is also a superfluous preposition ("on").

1  The citations to the Nonresident Workers Act, 3 CMC §§ 4411-52 and to 3 CMC
2  § 4411(a) are the two instances where this first transgression occurred.  Defs.' Mo. at 4,
3  line 14 and Defs.' Mo. at 5, line 2 (erroneously indicated as Title 4).  There are five other
4  instances where the title is identified correctly.
5  On page 5, line 12, there is an unnecessary preposition "on" as the third word from
6  the right margin, which should be deleted.
7  The undersigned apologizes for any inconvenience to counsel or the Court resulting
8  from these oversights.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY  # F0205
Attorney General

*Gregory Baka*
Dated: Friday, 25 May 2007.     GREGORY BAKA  # F0199
Deputy Attorney General

Attorneys for Defendants

25  n:\ . . . \gbaka\civil\immigration\Auto Marine v. Lizama\errata.for.partial.MTD.pld.wpd

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

**ERRATA FOR DEFENDANTS' PARTIAL MOTION TO DISMISS; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished by personal delivery; U.S. Mail; deposit with Clerk of Court (in attorney box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| G. Anthony Long, Esq.  # F0162<br>Beach Road, Oleai<br>P. O. Box 504970<br>Saipan, MP  96950-4970 | Attorney for Plaintiffs<br>Tel:  (670) 235-4802<br>Fax:  (670) 235-4801<br>E-mail:  logalaw@gmail.com, gal@nmilaw.com<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Friday, 25 May 2007.

                                                        *Gregory Baka*
                                                      Deputy Attorney General
                                                      Attorney for Defendants