Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

F I L E D
Clerk
District Court

JUN - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT FOR THE THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS AUGSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs<br><br>v.<br><br>ANTONIO SABLAN, personally and in his official capacity, and RICHARD T. LIZAMA, personally and in his official capacity<br><br>Defendants. | ) CIVIL ACTION No. 05-0042<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the stipulation of the parties and order of the Court:

1. The trial date in this matter is continued from July 9, 2007 until September 17, 2007 at 9:00 a.m.

2. The hearing on defendants' motion to dismiss shall be held on July 12, 2007


at 9:00 a.m.

3.  The status conference scheduled for June 21, 2007 is removed from the schedule.

So ORDERED this ~~3~~1st day of ~~May~~ June, 2007.

*Alex R. Munson*
Alex R. Munson
Judge, District Court