FILED
Clerk
District Court

JUN 18 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTONIO SABLAN, et al.,<br><br>Defendants, | Civil Action No. 05-0042<br><br><u>ORDER TAKING PRETRIAL<br>CONFERENCE OFF-CALENDAR</u> |

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Gregory Baka
Assistant Attorney General
Caller Box 10007
Saipan, MP 96950

The Pretrial Conference in the above case set for Friday, June 22, 2007, at 9:30 a.m., is taken off-calendar.

IT IS SO ORDERED.

DATED this 18th day of June, 2007.

*Alex R. Munson*

Judge Alex R. Munson