F I L E D
Clerk
District Court

JUL - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTONIO SABLAN, et. al, <br><br> Defendants. | Case No. CV-05-0042 <br><br> **ORDER REGARDING** <br> **AMENDED COMPLAINT** |

**THE COURT**, having received motions to dismiss on March 17, 2006, and March 27, 2006, an amended complaint on May 3, 2006, and motions to dismiss on May 16, 2006, and May 24, 2007, **HEREBY ORDERS THAT** unless the court receives a joint request for leave of court to file an amended complaint by **July 11, 2007, at 3:30 a.m.**, the court will consider the defendants' motion to dismiss as a motion to dismiss the original complaint. *See* Fed. R. Civ. Pro. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."). Furthermore, until the court grants leave to amend the complaint, the plaintiff's amended complaint filed on May 3, 2006, shall be considered improper and disregarded.

**IT IS SO ORDERED.**

**DATED** this 9th day of July, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge