Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO<br>SENORAN, BENJAMIN T. SANTOS<br> AUGSTO SANTOS and NORMANDY<br>SANTOS<br><br>        Plaintiffs<br><br>        v.<br><br>ANTONIO SABLAN, personally,<br>RICHARD T. LIZAMA, personally and<br>in his official capacity, and MEL GREY<br>in his official capacity<br><br>        Defendants. | ) CIVIL ACTION No. 05-0042<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) STIPULATION AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, the court has requested a stipulation regarding the amended

complaint;

Now therefore, the parties hereto stipulate and agree as follows:

1.      The parties hereto stipulate and agree to filing of plaintiffs' amended

complaint.

Law Office of                                     Office of the Attorney General
 G. Anthony Long                               Matthew Gregory, Attorney General


By:_____/s_____          By:_____/s/_____
    G. Anthony Long                                 Gregory Baka
  Attorney for Plaintiffs                        Deputy Attorney General
                                                      Attorney for Defendants