# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-0042                                               July 12, 2007
                                                         9:00 a.m.

### AUTO MARINE, INC., et al  -vs- ANTONIO SABLAN, et al

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Ellie Ciammaichella, Law Clerk
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               Anthony Long, Attorney for Plaintiff
               Gregory Baka, Attorney for Defendants

PROCEEDINGS:   MOTION to DISMISS

     Plaintiff was represented in court by Attorney Anthony Long.  Defendants were represented by Deputy Attorney General, Gregory Baka.

     Attorney Baka argued motion to dismiss.  Attorney Long argued on behalf of Plaintiffs.

     Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                                Adjourned 9:25 a.m.


                                                /s/ K. Lynn Lemieux, Courtroom Deputy