F I L E D
Clerk
District Court

SEP - 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTONIO SABLAN, et. al, <br><br> Defendants. | Case No. CV-05-0042 <br><br> **ORDER SCHEDULING PRETRIAL CONFERENCE** |

A pretrial conference is hereby scheduled for **September 12, 2007, at 4:30 p.m.**

**IT IS SO ORDERED.**

**DATED** this 6th day of September, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge