Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., ROLANDO SENORAN, BENJAMIN T. SANTOS AUGSTO SANTOS and NORMANDY SANTOS<br><br>Plaintiffs<br><br>v.<br><br>ANTONIO SABLAN, personally, RICHARD T. LIZAMA, personally and in his official capacity, and MEL GREY in his official capacity<br><br>Defendants. | CIVIL ACTION No. 05-0042<br><br><br><br>STIPULATION ON ADMISSION OF EXHIBITS |

The parties hereto stipulate to the admission of plaintiff's exhibits 1 - 20.

| | |
|---|---|
| Law Office of<br> G. Anthony Long | Office of the Attorney General<br>Matthew Gregory, Attorney General |
| By:_____/s/_____<br>    G. Anthony Long<br>  Attorney for Plaintiffs | By:_____/s/_____<br>     Gregory Baka<br>   Deputy Attorney General |

Attorney for Defendants