F I L E D
Clerk
District Court

OCT - 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| AUTO MARINE, INC., et. al., | Case No. CV-05-0042 |
| Plaintiffs, | |
| vs. | **AMENDED ENTRY OF JUDGMENT** |
| ANTONIO SABLAN, et. al, | |
| Defendants. | |

The court, having rendered a verdict in favor of the plaintiff on their first claim; it is now, therefore, **DECLARED** that 3 CMC § 4434(e)(1) is unconstitutional. Accordingly, defendant Grey, in his official capacity, and anyone else including his successors, are permanently enjoined from enforcing 3 CMC § 4434(e)(1).

**IT IS SO ORDERED.**

**DATED** this 5th day of October, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge