F I L E D
Clerk
District Court

NOV -2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MATTHEW T. GREGORY  # F0205
   Attorney General
2  GREGORY BAKA  # F0199
   Deputy Attorney General
3  OFFICE OF THE ATTORNEY GENERAL
   Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
4  Caller Box 10007, Capital Hill
   Saipan, MP  96950-8907
5  Telephone:   (670) 664-2341
   Fax:         (670) 664-2349
6  E-mail:      gbaka79@yahoo.com

7  Attorneys for Defendants Antonio Sablan,
   Mel Grey, and Richard T. Lizama
8

9
                UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN MARIANA ISLANDS
11

12
   AUTO MARINE, INC., ROLANDO         )  CIVIL ACTION NO. 05-0042
13 SENORAN, BENJAMIN T. SANTOS,       )
   AUGUSTO SANTOS and NORMANDY        )
14 SANTOS,                            )
                                      )
15         Plaintiff-Appellees,       )
                                      )
16    vs.                             )  **REPRESENTATION STATEMENT**
                                      )
17 ANTONIO SABLAN, MEL GREY in his    )
   official capacity as Acting Director of )
18 Immigration, and RICHARD T. LIZAMA,)
   personally and in his official capacity, )
19                                    )
           Defendant-Appellants.      )
20 _____)

21

22     **NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Appellate

23 Procedure 12(b) and Ninth Circuit Rule 3-2(b) that the Commonwealth of the Northern

24 Mariana Islands Office of the Attorney General (OAG) represents all the defendants in

25 the above named case, namely, Antonio Sablan, Mel Grey, and Richard T. Lizama.

1 | The name, address, and telephone numbers of Defendant-Appellants' counsel is as set
2 | forth above.

3 |     The Plaintiff-Appellees in this case are Auto Marine, Inc., Rolando Senoran,
4 | Benjamin T. Santos, Augusto Santos and Normandy Santos, whose counsel's name,
5 | address, and telephone numbers are as follows.

```
G. Anthony Long, Esq.
Beach Road, Oleai
P. O. Box 504970
Saipan, MP  96950-4970
Tel:  (670) 235-4802
Fax:  (670) 235-4801
E-mail:  logalaw@gmail.com, gal@nmilaw.com
```

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL

MATTHEW T. GREGORY # F0205
Attorney General

*Gregory Baka* (signature)

Dated: Friday, 2 November 2007.

GREGORY BAKA # F0199
Deputy Attorney General

Attorneys for Defendant-Appellants
    Antonio Sablan, Mel Grey, and
    Richard T. Lizama

25 | n:\ . . . \gbaka\civil\immigration\Auto Marine v. Lizama\representation.statement.pld.wpd