UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 15 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| AUTO MARINE INC.; ROLANDO SENORAN; BENJAMIN T. SANTOS AUGUSTO SANTOS; NORMANDY SANTOS, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ANTONIO SABLAN; MEL GREY, in his official capacity as Acting Director of Immigration; RICHARD T. LIZAMA, personally and in his official capacity, <br><br> Defendants - Appellants. | No. 07-17054 <br> D.C. No. CV-05-00042-ARM <br> District of the Northern Mariana Islands, nmi <br><br> ORDER |

FILED
Clerk
District Court

DEC 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Wendy Li
Deputy Clerk

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 12/15/2008 at 1:48:37 PM PST and filed on 12/15/2008

**Case Name:** Auto Marine Inc., et al v. Sablan, et al
**Case Number:** 07-17054
**Document(s):** Document(s)

**Docket Text:**
Order filed (Deputy Clerk: WL) Dismissing case for failure to prosecute (Cir. Rule 42-1) Pursuant to Ninth Rule 42-1, this appeal is dismissed for failure to file opening brief....; This order served on the district court shall act as and for the mandate of this court.. (WL)

The following document(s) are associated with this transaction:
**Document Description:** 421 Dismissal Order
**Original Filename:** /opt/ACECF/live/forms/wendyli_0717054_6739290_421ClosingOrderForm_124.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/15/2008] [FileNumber=6739290-0]
[790e5abf952f6137c8ab0762782fb64b89403a1586a74a6ab589e8cd3da7a3ed8d6b013fb20e0c48fb6efca(
**Recipients:**

- Mr. Baka, Gregory, Acting Attorney General
- Miss Long, George Anthony, Attorney
- Honorable Munson, Alex R., U.S. District Judge
- USDC, Marianas

**Notice will be electronically mailed to:**

Mr. Baka, Gregory, Acting Attorney General: gbaka79@yahoo.com, gregory.baka@gmail.com, oag.litigation@gmail.com, norypamintuan@yahoo.com, R.Anthony.Welch@gmail.com
Miss Long, George Anthony, Attorney: logalaw@gmail.com, nmilaw@gmail.com, gal@nmilaw.com

**Notice will be mailed to:**

Honorable Munson, Alex R., U.S. District Judge
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS (SNMI)
P.O. Box 500687
Saipan, MP 96950-0687

USDC, Marianas
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6739290
**RELIEF(S) DOCKETED:**
  to dismiss case for failure to prosecute under Circuit Rule 42-1
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 5978540, 5978541, 5978542, 5978544